| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Leo L. | U.S. District Court, W.D. Ky. | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2012 to 12/31/2012 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Stout, Farmer & King (and its successor firm Farmer & Wright) Separation Agreement for fees earned prior to resignation. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2012 | Farmer & Wright, PLLC, Payment for fees earned prior to dissolution pursuant to written separation agreement. | $18,456.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Paducah Bank and Trust, Checking Account | A | Interest | J | T | | | | | |
| 2. | BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. | Wells Fargo Money Market Account | A | Interest | N | T | | | | | |
| 4. | -AT&T Stock | C | Dividend | L | T | | | | | |
| 5. | -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6. | -Archer Daniels Midland Stock | A | Dividend | K | T | | | | | |
| 7. | -Bristol Myers Squibb Stock | C | Dividend | K | T | | | | | |
| 8. | -Cegene Corp Stock | A | Dividend | L | T | | | | | |
| 9. | -Chevron Corp Stock | B | Dividend | L | T | | | | | |
| 10. | -Comcast Corp Stock | A | Dividend | K | T | | | | | |
| 11. | -Corning Inc Stock | A | Dividend | K | T | | | | | |
| 12. | -Darden Restaurants Stock | B | Dividend | K | T | | | | | |
| 13. | -Disney Stock | B | Dividend | M | T | | | | | |
| 14. | -Exxon Stock | B | Dividend | L | T | | | | | |
| 15. | -GE Stock | B | Dividend | L | T | | | | | |
| 16. | -General Mills Stock | B | Dividend | L | T | | | | | |
| 17. | -Halliburton Co Stock | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Hasbro Inc Stock | A | Dividend | K | T | | | | | |
| 19. -Intell Corp Stock | C | Dividend | L | T | | | | | |
| 20. -IBM Stock | B | Dividend | M | T | | | | | |
| 21. -McCormick & Co Inc Stock | B | Dividend | L | T | | | | | |
| 22. -Merk & Co. Stock | B | Dividend | L | T | | | | | |
| 23. -Microsoft Stock | C | Dividend | L | T | | | | | |
| 24. -Oracle Corp Stock | A | Dividend | L | T | | | | | |
| 25. -PNC Financial Services Stock | A | Dividend | K | T | | | | | |
| 26. -PIMCO All Asset Authority Fund Class C | C | Dividend | M | T | | | | | |
| 27. -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | M | T | | | | | |
| 28. -Principal Global Div Income Fd | C | Dividend | M | T | Buy | 07/06/12 | M | | |
| 29. -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 30. -Southern Company Stock | B | Dividend | K | T | | | | | |
| 31. -Vodafone Group Stock | B | Dividend | K | T | | | | | |
| 32. -Amer Exp Centurion Bk CD, Salt Lake City, UT | B | Interest | L | T | | | | | |
| 33. -Investors Cmty Bk CD, Manitowoc WI | B | Interest | | | Redeemed | 12/14/12 | L | | |
| 34. -Louisville/Jefferson Cnty Ky Metro Gvt Pkg ath riv fr city | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Paducah Ky Elec Plant Brd Rev Ser A B/E Assured GURA CPN | A | Interest | K | T | | | | | |
| 36. -Shelby Cnty Ky sch dist fin corp sch bldg rev b/e | A | Interest | K | T | | | | | |
| 37. -Sallie Mae Bank CD, Murray UT | A | Interest | K | T | | | | | |
| 38. -First Trust Portfolios Dividend Income Trust Seires | B | Interest | K | T | | | | | |
| 39. -Wal-Mart Stock | | | | | Sold | 01/23/12 | K | E | |
| 40. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 41. -Artisan Partners FDS Small Cap FDS | A | Dividend | J | T | Buy | 12/12/12 | J | | |
| 42. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 43. -Dodge & Cox FDS, Intl Stk Fd | A | Dividend | K | T | | | | | |
| 44. -First Eagle Funds Sogen Overseas Fund | A | Dividend | K | T | Buy | 07/27/12 | K | | |
| 45. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 46. -Goldman Sachs Tr, Finl Square Treas Instrs Fd | A | Dividend | J | T | Buy (add'l) | 07/27/12 | J | | |
| 47. | | | | | Sold (part) | 10/12/12 | J | | |
| 48. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 49. -Harbor Fund Cap, Appreciation Fd Instl Cl | A | Dividend | K | T | Buy (add'l) | 12/26/12 | J | | |
| 50. -Harris Assoc Invt Tr Oakmark Equity and Income FD | A | Dividend | K | T | Buy | 07/27/12 | K | | |
| 51. | | | | | Buy (add'l) | 12/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Janus Invt Fd, small cap value fd cl 1 | A | Dividend | K | T | Buy (add'l) | 12/26/12 | J | | |
| 53. -Janus Invt Fd, flexible bd fd class 1 | A | Dividend | K | T | Sold (part) | 07/27/12 | J | A | |
| 54. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 55. -Metropolitan West Fds, total return bd fd cl 1 | A | Dividend | J | T | Buy (add'l) | 12/26/12 | J | | |
| 56. -Davis New York Venture, Fund inc cl y | A | Dividend | K | T | Sold (part) | 07/27/12 | J | A | |
| 57. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 58. -Wells Fargo FDS Emerging Mrkts Equity | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 59. -PIMCO Fds Pac Invt, mgmt ser-commodity real return | A | Dividend | J | T | Buy (add'l) | 12/26/12 | J | | |
| 60. -Pioneer Ser TR I Pioneer Oak Ridge Small Cap Growth Fund | A | Dividend | J | T | Buy | 08/16/12 | J | | |
| 61. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 62. -Pioneer Ser Tr III, Cullen Value Fd cl y | A | Dividend | | | Sold (part) | 01/27/12 | K | A | |
| 63. | | | | | Sold | 07/31/12 | J | A | |
| 64. -Dreyfus, Emerging Mrkts Fd cl 1 | A | Dividend | J | T | Sold (part) | 07/27/12 | J | A | |
| 65. | | | | | Buy (add'l) | 08/01/12 | J | | |
| 66. RS Invt Tr, Value Fd cl y | A | Dividend | J | T | | | | | |
| 67. T Rowe Price Real Estate, Fund Inc. | A | Dividend | J | T | | | | | |
| 68. -Semtinel Mut Funds, small company class 1 | | | | | Sold | 08/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -TCW FDS Inc | A | Dividend | | | Sold | 12/11/12 | J | A | |
| 70. -T Rowe Price Blue Chip, growth fd | A | Dividend | K | T | Sold (part) | 07/27/12 | J | A | |
| 71. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 72. -Rowe T Price Mid-Cap, growth fd inc | A | Dividend | J | T | Buy (add'l) | 12/26/12 | J | | |
| 73. IRA #1 | A | Int./Div. | J | T | | | | | |
| 74. -Europacific Growth Fd, cl A | | | | | | | | | |
| 75. -Growth Fund America, Cl A | | | | | | | | | |
| 76. -New Economy Fund SBI Cl A | | | | | | | | | |
| 77. -Smallcap World Fd A | | | | | | | | | |
| 78. -Wash Mutl Invs Fd Inc, Cl A | | | | | | | | | |
| 79. IRA #2 | C | Int./Div. | M | T | | | | | |
| 80. Artisan Partners FDS Small Cap FDS | A | Dividend | J | T | Buy | 12/12/12 | J | | |
| 81. -AQR Fds, Diversified Arbitrage Fd CL 1 | | | | | Sold | 09/11/12 | J | A | |
| 82. -Blair William Fds, Intl Growth Fd Cl 1 | | | | | | | | | |
| 83. -Delaware Group Adviser Fds Inc, US Growth | | | | | | | | | |
| 84. -Highmark FDS Geneva Md Cap Growth | | | | | Buy | 09/10/12 | J | | |
| 85. -Eaton Vance Globa, Macor Absolute Return Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Goldman Sachs Tr, Finl Square Treas Instrs Fd | | | | | Buy (add'l) | 09/12/12 | J | | |
| 87. | -Harbor Fund Small Cap, Value Fd instl cl | | | | | Sold | 09/11/12 | J | A | |
| 88. | -Harris Assoc Invt Tr, Oakmark Intl Fd Cl 1 | | | | | | | | | |
| 89. | -Pyxis Long/Short Equity Fund | | | | | Buy | 09/11/12 | J | | |
| 90. | -Hotchkis & Wiley Fds, Mid Cap Value Fd Cl I | | | | | Sold (part) | 09/10/12 | J | A | |
| 91. | -Janus Invt Fd, Flexible Bd Fd Cl 1 | | | | | | | | | |
| 92. | -John Hancock Funds II, Currency Srategies Fd | | | | | | | | | |
| 93. | -Morgan Stanley Instl, Fund Trust Mid Cap Grwth | | | | | Sold | 09/11/12 | J | A | |
| 94. | -JP Morgan TR 1, US Large Cap Core Plus Fd | | | | | Sold (part) | 09/11/12 | J | A | |
| 95. | -Blackrock FDS Emerging MKT Long/Short Equity FD | | | | | Buy | 09/10/12 | J | | |
| 96. | -Putnam Absolute Return | | | | | Buy | 09/11/12 | J | | |
| 97. | -Heartland Value Plus FD | | | | | Buy | 09/11/12 | J | | |
| 98. | -Oppenheimer Dev Mkts, CL Y | | | | | | | | | |
| 99. | -JP Morgan TR 1 Research Mrkt Neutral Fd | | | | | Sold | 09/11/12 | J | A | |
| 100. | -PIMCO Fds Pac Invt, Mgmt ser total Return Fd | | | | | | | | | |
| 101. | -PIMCO Fds Pac Invt, Mgmt ser-commodity Real Return | | | | | | | | | |
| 102. | -Dreyfus, Emerging Mkts Fd, Cl 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -T Rowe Price Real Est | | | | | | | | | |
| 104. -TCW Fds Inc, Small Cap Growth Fd | | | | | Sold | 12/11/12 | J | A | |
| 105. -TCW Fds Inc Relative, Value Lrge Cap Fd Cl 1 | | | | | | | | | |
| 106. -Turner Fds, Spectrum Fd Instl Cl | | | | | Sold | 09/10/12 | J | A | |
| 107. -Natixis Fds Tr II, Asg Mngd Futures Strategy Fd | | | | | Sold (part) | 09/10/12 | J | A | |
| 108. | | | | | | | | | |
| 109. TRUST #1 | A | Int./Div. | L | T | | | | | |
| 110. -Wells Fargo Money Mrkt Account | | | | | Buy | 12/24/12 | K | | |
| 111. -Bond Fund of America, Cl A | | | | | | | | | |
| 112. -Capital Income Bldr, Cl A | | | | | | | | | |
| 113. -Europacific Growth Fd, Cl A | | | | | | | | | |
| 114. -Growth Fund America, Cl A | | | | | | | | | |
| 115. -Investment Co America CL A | | | | | | | | | |
| 116. TRUST #2 | A | Int./Div. | L | T | | | | | |
| 117. -Well Fargo Money Mrkt Account | | | | | Buy | 12/24/12 | K | | |
| 118. -Bond Fund of America, Cl A | | | | | | | | | |
| 119. -Capital Income Bldr, Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Europacific Growth Fd,, Cl A | | | | | | | | | |
| 121. -Growth Fund America, Cl A | | | | | | | | | |
| 122. -Investment Co America, Cl A | | | | | | | | | |
| 123. 401(k) #1 | | | | | | | | | |
| 124. -American Funds Income Fnd R3 | C | Dividend | M | T | | | | | |
| 125. Royal Crown Bottling Corp (2011 Appraisal) | G | Distribution | P1 | Q | | | | | |
| 126. RC Transportation Co. (2010 Appraisal) | G | Distribution | O | Q | | | | | |
| 127. Rental Agricultural Property, Henderson County, Ky ($48,111) | E | Rent | K | S | Sold (part) | 05/24/12 | J | | Vectren Utility Holdings |
| 128. POP Investments, LLC (Aggregate Ownership Arrangement) | E | Int./Div. | O | T | | | | | |
| 129. -Agilent Technologies Stock | | | | | Buy | 08/17/12 | J | | |
| 130. -Amzn Stock | | | | | | | | | |
| 131. -Apple Inc. Stock | | | | | Sold (part) | 05/09/12 | J | B | |
| 132. -Atmel Corp Stock | | | | | | | | | |
| 133. -Caterpillar Inc Stock | | | | | Buy | 07/11/12 | J | | |
| 134. -Celgene Corp Stock | | | | | | | | | |
| 135. -Centurylink Inc Stock | | | | | Buy | 07/11/12 | K | | |
| 136. -Chevron Corp Stock | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Clorox Co Stock | | | | | | | | | |
| 138. -Coca Cola Co Stock | | | | | | | | | |
| 139. -ConocoPhillips Stock | | | | | Buy (add'l) | 07/11/12 | J | | |
| 140. -Phillips 66 Stock | | | | | Spinoff (from line 139) | 05/07/12 | J | | |
| 141. | | | | | Sold | 07/11/12 | J | A | |
| 142. -Diamond Offshore Drilling Stock | | | | | Sold | 07/11/12 | J | | |
| 143. -Deere & Co Stock | | | | | Buy | 07/11/12 | J | | |
| 144. -Du Pont E I De Nemours & Co Stock | | | | | | | | | |
| 145. -Duke Energy Corp Stock | | | | | Buy | 07/11/12 | J | | |
| 146. -East West Bancorp Inc Stock | | | | | Buy | 07/11/12 | J | | |
| 147. -Exxon Mobil Corp Stock | | | | | | | | | |
| 148. -Ford Motor Co Stock | | | | | Buy (add'l) | 07/11/12 | J | | |
| 149. | | | | | Sold | 08/17/12 | K | | |
| 150. -Freeport-Mcmoran Copper and Gold Stock | | | | | | | | | |
| 151. -General Electric Co Stock | | | | | | | | | |
| 152. -Gilead Sciences Inc Stock | | | | | | | | | |
| 153. -HDFC Bk Ltd Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Intel Corp Stock | | | | | | | | | |
| 155.  -IBM Stock | | | | | | | | | |
| 156.  -Ishares TR Msci Emerging Mkts | | | | | Buy (add'l) | 07/11/12 | J | | |
| 157. | | | | | Sold | 08/13/12 | K | D | |
| 158.  -JP Morgan Chase & Co. Stock | | | | | Buy | 07/11/12 | J | | |
| 159.  -Johnson & Johnson Stock | | | | | | | | | |
| 160.  -Joy Globl Inc. Stock | | | | | Buy | 07/11/12 | J | | |
| 161.  -Laboratory Corp Amer Hldgs Stock | | | | | | | | | |
| 162.  -McDonalds Corp Stock | | | | | | | | | |
| 163.  -McKesson Corporation Stock | | | | | Buy (add'l) | 07/11/12 | J | | |
| 164. | | | | | Sold | 08/01/12 | J | A | |
| 165.  -Medtronic Inc Stock | | | | | Sold | 07/11/12 | L | | |
| 166.  -Merk & Co. Inc Stock | | | | | Sold (part) | 07/11/12 | J | B | |
| 167.  -National-Oilwell Inc. Stock | | | | | | | | | |
| 168.  -Novartis A G Stock | | | | | Buy (add'l) | 07/11/12 | J | | |
| 169. | | | | | Buy (add'l) | 08/01/12 | J | | |
| 170.  -Occidental Pete Corp Stock | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Oracle Corp Stock | | | | | | | | | |
| 172. -PNC Financial Services Group Stock | | | | | | | | | |
| 173. -Procter & Gambile Co | | | | | | | | | |
| 174. -Qualcomm Inc Stock | | | | | | | | | |
| 175. -Rockwood Holdings Inc Stock | | | | | Buy | 07/11/12 | J | | |
| 176. -Schlumberger LTD Stock | | | | | | | | | |
| 177. -Spectra Energy Corp | | | | | | | | | |
| 178. -Tupperware Brands Corp. Stock | | | | | Buy | 07/11/12 | J | | |
| 179. | | | | | Buy (add'l) | 08/17/12 | J | | |
| 180. -Teva Pharmaceutical Inds Ltd Stock | | | | | Sold | 07/11/12 | J | | |
| 181. -Vanguard Dividend Appreciation Stock | | | | | Sold | 07/02/12 | K | B | |
| 182. -Vanguard Small Cap Value ETF | | | | | Sold (part) | 07/11/12 | L | D | |
| 183. -Virtus Insight Stock | | | | | Buy | 08/17/12 | J | | |
| 184. -Wisdomtree Diefa H/Y Eq Fund | | | | | Sold | 07/11/12 | L | | |
| 185. -Goldman Sachs Tr Satellite Strategies Port | | | | | Sold | 06/28/12 | J | | |
| 186. -HCP Inc. Stock | | | | | | | | | |
| 187. -Ing Int'l Real Estate CL | | | | | Sold | 06/28/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Washington Real Estate Invt Tr | | | | | | | | | |
| 189. -Fifth Third Banksafe Trust Money Market Acct | | | | | | | | | |
| 190. TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 191. -Fifth Third Banksafe Trust Money Market Account | | | | | | | | | |
| 192. -General Electric Capital Corp Bond | | | | | Redeemed (part) | 11/13/12 | L | A | |
| 193. -Ishares Barclays Tips Bond Fund | | | | | | | | | |
| 194. -Nextera Energy Cap Hldgs Inc Preferred Stock | | | | | Sold | 09/04/12 | L | | |
| 195. -Public Storage Bond | | | | | Sold | 04/11/12 | M | E | |
| 196. -Royce Focus Trust, Inc Bond | | | | | Sold | 11/15/12 | M | C | |
| 197. -US Treasury Infl IX Bond | | | | | | | | | |
| 198. -Wells Fargo Cap XII Pfd Trups Bond | | | | | | | | | |
| 199. -Marvell Technology Group Stock | | | | | | | | | |
| 200. -AT&T Stock | | | | | | | | | |
| 201. -Abbott Labs Stock | | | | | | | | | |
| 202. -Amazon Comm Inc. Stock | | | | | | | | | |
| 203. -Apache Corp Stock | | | | | Sold | 08/06/12 | K | | |
| 204. -Apple Inc Stock | | | | | Sold (part) | 05/09/12 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 21

Name of Person Reporting

King, Leo L.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Atmel Corp Stock | | | | | Buy (add'l) | 05/09/12 | J | | |
| 206. -CVS/Caremark Corp Stock | | | | | | | | | |
| 207. -Caterpillar Inc Stock | | | | | | | | | |
| 208. -Celgene Corp Stock | | | | | | | | | |
| 209. -Centurylink Inc Stock | | | | | Buy (add'l) | 08/14/12 | K | | |
| 210. -Chevron Corp Stock | | | | | | | | | |
| 211. -Citigroup Inc Stock | | | | | | | | | |
| 212. -Coca Cola Co Stock | | | | | | | | | |
| 213. -Colgate Palmalove Stock | | | | | Sold | 04/11/12 | K | D | |
| 214. -Conoco Phillips Stock | | | | | | | | | |
| 215. -Phillips 66 Stock | | | | | Spinoff (from line 214) | 05/07/12 | K | | |
| 216. | | | | | Sold | 08/14/12 | K | E | |
| 217. -Deere & Co Stock | | | | | | | | | |
| 218. -Diamond Offshore Drilling Inc Stock | | | | | | | | | |
| 219. -Du Pont I De Memours & Co Stock | | | | | | | | | |
| 220. -Ecolab Inc Stock | | | | | | | | | |
| 221. -Exxon Mobil Corp Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Federated Kaufmann Sm Sm Cap A | | | | | | | | | |
| 223. -Ford Motor Co Stock | | | | | Sold | 08/17/12 | L | | |
| 224. -Freeport-McMoran Copper & Gold Stock | | | | | | | | | |
| 225. -Frontier Communications Corp Stock | | | | | Sold (part) | 07/02/12 | J | | |
| 226. -Gilead Sciences Inc Stock | | | | | | | | | |
| 227. -HDFC Bk Ltd Stock | | | | | | | | | |
| 228. -Ishares Tr Msci Emerging Mrkts Stock | | | | | Sold | 08/13/12 | K | C | |
| 229. -Johnson & Johnson Stock | | | | | | | | | |
| 230. -Laboratory Corp Amer Hldgs Stock | | | | | | | | | |
| 231. -McDonalds Corp Stock | | | | | | | | | |
| 232. -Mckesson Corp Stock | | | | | Sold | 08/01/12 | K | B | |
| 233. -Medtronic Inc. Stock | | | | | | | | | |
| 234. -Merk and Co Inc. Stock | | | | | Buy | 08/06/12 | K | | |
| 235. -Microsoft Corp Stock | | | | | | | | | |
| 236. -Microchip Technology Inc Stock | | | | | | | | | |
| 237. -National-Oilwell Inc Stock | | | | | | | | | |
| 238. -Nextera Energy Inc Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Novartis A G Stock | | | | | Buy (add'l) | 08/01/12 | K | | |
| 240. -Occidental Pete Corp Stock | | | | | | | | | |
| 241. -Oracle Corp Stock | | | | | | | | | |
| 242. -Procter & Gamble Stock | | | | | | | | | |
| 243. -Qualcomm Inc Stock | | | | | | | | | |
| 244. -Target Corp | | | | | | | | | |
| 245. -Templeton Global Invt Tr Frontier Markets FD | | | | | Buy | 04/09/12 | K | | |
| 246. -Tupperware Brands Corp Stock | | | | | Buy | 08/07/12 | K | | |
| 247. -Teva Pharmaceutical Inds Ltd Stock | | | | | Sold | 07/25/12 | K | | |
| 248. -Vanguard Dividend Appreciation ETF | | | | | | | | | |
| 249. -Vanguard Small Cap Value | | | | | | | | | |
| 250. -Verizon Communications Stock | | | | | | | | | |
| 251. -Virtus Insight TR Emerging Mkts | | | | | Buy | 08/13/12 | K | | |
| 252. -Walter Energy Inc Stock | | | | | Buy | 08/14/12 | K | | |
| 253. -Windstream Corp Stock | | | | | Sold | 08/13/12 | K | | |
| 254. -Wisdomtree Dieefa H/Y Eq Fund | | | | | | | | | |
| 255. -Goldman Sachs TR Satellite Strategies Port | | | | | Sold (part) | 10/05/12 | N | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -PIMCO All Asset all Auth Fund | | | | | | | | | |
| 257.  -SPDR Gold Trust | | | | | Buy (add'l) | 10/10/12 | M | | |
| 258.  -HCP Inc | | | | | | | | | |
| 259.  -Ing Intl Real Estate Cl | | | | | | | | | |
| 260.  -SPDR Dow Jones Global Real Estate ETF | | | | | Buy | 07/02/12 | M | | |
| 261.  -Washington Real Estate Invt Trust | | | | | | | | | |
| 262.  -Schwab 1000 Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III, Pg. 1, Line 1: This amount differs slightly from the amount reported on my initial disclosure. My initial disclosure was prepared prior to receipt of a 1099 from the successor to my law partnership and the preparation of my 2012 tax returns. The amount in this report is my taxable income for distributions from the successor partnership for fees earned prior to dissolution of my law firm.

Part VII, Lines 182 and 249: I failed to list this asset, Vanguard Small-Cap Value ETF, on my initial disclosure. I believe I misread the account statements because there were two Vanguard mutual funds in the account at that time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo L. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544